**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 1**

| | |
|---|---|
| **HYDRO GEAR,**<br><br>                              Plaintiff,<br>        **v.**<br><br>**UNITED STATES**,<br>                              Defendant. | **SUMMONS**<br><br>**Court No. 23-cv-00044** |

**TO:**    The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

### PROTEST

| Port(s) of Entry: | Chicago, IL (3901) | Center (if known) | 010 |
|---|---|---|---|
| Protest Number: | 390122126972 | Date Protest Filed: | 06/27/2022 |
| Importer: | Hydro Gear | Date Protest Denied: | 08/30/2022 |
| Category of Merchandise: | Parts and components for agricultural equipment | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BXW-0040742-6 | 5/10/2021 | 12/31/2021 | BXW-0041548-6 | 7/16/2021 | 12/31/2021 |
| BXW-0040788-9 | 5/13/2021 | 12/31/2021 | SCS-6343531-9 | 6/14/2021 | 12/31/2021 |
| BXW-0040859-8 | 6/8/2021 | 12/31/2021 | | | |
| BXW-0040887-9 | 5/23/2021 | 12/31/2021 | | | |

| |
|---|
| Eric R. Rock<br>Rock Trade Law LLC<br>134 North LaSalle Street, Suite 1800<br>Chicago, IL 60602<br>Telephone: (312) 824-6191<br>Email: erock@rocktradelaw.com |

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Parts and components for hydrostatic pumps and power transmission systems | 8481.80.3090; 4016.93.5010; 8483.90.5090; 8481.30.2090; 3926.90.4510; 3923.50.0000; 8421.29.0065; 8421.99.0080; 8413.91.9060 / 9903.88.03; 9903.88.01; 9903.88.15 | 5.6%; 2.5%; 2.5%; 5.0%; 3.5%; 5.3%; 0%; 0%; 0% / 25%; 25%; 7.5% | 8481.80.3090; 4016.93.5010; 8483.90.5090; 8481.30.2090; 3926.90.4510; 3923.50.0000; 8421.29.0065; 8421.99.0080; 8413.91.9060 / **9817.00.6000** | Free / Free |

| Other |
|---|
| State specifically the Decision [as described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| |

The issues which are common to all such denied protests:

The merchandise imported on entries that are the subject of this action referenced above comprises parts and components used in agricultural equipment. Thus, subject merchandise should have been liquidated under subheading 9817.00.6000 Duty-Free and excluded from Section 301 Tariffs on goods originating in China.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

Eric R. Rock                    February 24, 2023
_____          _____
*Name*                              *Date*

## SCHEDULE OF PROTESTS

<u>010</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |